IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARGENTINA TELLAGORRY | ) |
| | ) |
| v. | ) NO. 3-14-1742 |
| | ) JUDGE CAMPBELL |
| JO-ANN STORES, LLC | ) |

ORDER

Pending before the Court is a Joint Motion to Dismiss (Docket No. 29), indicating that the parties have settled this dispute and wish to dismiss the case with prejudice. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any other pending Motions are denied as moot.

The pretrial conference set for March 14, 2016, and the jury trial set for March 22, 2016, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE