UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ARGENTINA TELLAGORRY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:14-1742 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| | ) | |
| JO-ANN STORES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/3/15.

    KEITH THROCKMORTON, CLERK
    s/Althea F. Straughter, Deputy Clerk